# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ALICIA T. HEALY, <br><br> Plaintiff, <br><br> v. <br><br> PLANNED PARENTHOOD OF GREATER OHIO, et al., <br><br> Defendants. | Case No. 2:22-cv-2074 <br><br> Judge James L. Graham <br><br> Magistrate Judge Chelsey M. Vascura <br><br> **NOTICE OF WITHDRAWAL** |

Pursuant to S.D. Ohio Civ. R. 83.4(c)(1), (3), Defendant Officer Edward Chung hereby provides notice that Assistant City Attorney William A. Sperlazza (0081863) is withdrawing from his representation of Defendant in this matter. Assistant City Attorney Alexandra N. Pickerill (0096758) will continue on as Trial Counsel for Defendant. On November 8, 2022, Attorney Sperlazza was elected to be a judge on the Franklin County Court of Common Pleas, General Division, and will take his seat on the bench on January 9, 2023. Thus, Attorney Sperlazza will soon be leaving the Columbus City Attorney's Office and will no longer be able to represent the Defendant as their attorney. As such, the withdrawing attorney is a governmental attorney who will be undergoing a change in employment that will render him ineligible to continue representing the Defendant in this case.

Respectfully submitted,

/s/ William A. Sperlazza
Alexandra N. Pickerill (0096758) – Trial
William A. Sperlazza (0081863)
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)

- 2 -

anpickerill@columbus.gov
wasperlazza@columbus.gov

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on **January 5, 2023**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System.

/s/ William A. Sperlazza
William A. Sperlazza (0081863)